```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| WILLIAM C. SMITHEMAN, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>MERRIMACK MUTUAL FIRE<br>INSURANCE COMPANY OF<br>MASSACHUSETTS, et al.<br><br>        Defendants. | Civil No. 07-4871 (JHR) |

**AMENDED SCHEDULING ORDER IN ARBITRATION CASE**

IT IS this **18th** day of **August, 2008,** hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **August 28, 2008 at 12:00 p.m.**. **Plaintiff's counsel shall initiate the telephone conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                                      s/ Joel Schneider
                                                      JOEL SCHNEIDER
                                                      United States Magistrate Judge